**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-843-FDW-DCK**

| | |
|---|---|
| TERRANCE ALTON COX III, and DIVERSITY MOTORSPORTS RACING, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| NATIONAL ASSOCIATION FOR STOCK CAR RACING, INC., BK RACING, INC., CHIP GANASSI RACING, CIRCLE SPORT LLC, FRONT ROW MOTORSPORTS, INC., FURNITURE ROW RACING, GERMAIN RACING, LLC, GO FAS RACING, HENDRICK MOTORSPORTS, HSJR PERFORMANCE II, LLC, JOE GIBBS RACING, INC., JTG RACING, INC., PENSKE RACING SOUTH, INC., RCR RACE OPERATIONS, LLC, ROUSH FENWAY RACING, LLC, RPAC RACING, LLC, STEWART HASS RACING, LLC, and TOMMY BALDWIN RACING, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Geraldine Sumter, concerning Ronald I. Paltrowitz on December 16, 2016. Mr. Ronald I. Paltrowitz seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Ronald I. Paltrowitz is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 16, 2016

David C. Keesler
United States Magistrate Judge