# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-843-FDW-DCK

| | |
|---|---|
| TERRANCE ALTON COX III, and DIVERSITY MOTORSPORTS RACING, LLC, )))) | |
| Plaintiffs, )) | |
| v. ) | **ORDER** |
| ) | |
| NATIONAL ASSOCIATION FOR STOCK CAR RACING, INC., BK RACING, INC., CHIP GANASSI RACING, CIRCLE SPORT LLC, FRONT ROW MOTORSPORTS, INC., FURNITURE ROW RACING, GERMAIN RACING, LLC, GO FAS RACING, HENDRICK MOTORSPORTS, HSJR PERFORMANCE II, LLC, JOE GIBBS RACING, INC., JTG RACING, INC., PENSKE RACING SOUTH, INC., RCR RACE OPERATIONS, LLC, ROUSH FENWAY RACING, LLC, RPAC RACING, LLC, STEWART HASS RACING, LLC, and TOMMY BALDWIN RACING, LLC, ))))))))))))))))))) | |
| Defendants. )) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* of John E. Stephenson" (Document No. 38) filed by Brian D. Boone, concerning John E. Stephenson on February 9, 2017. Mr. John E. Stephenson seeks to appear as counsel *pro hac vice* for Defendant National Association for Stock Car Racing, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" of John E. Stephenson" (Document No. 38) is **GRANTED.** Mr. John E. Stephenson is hereby admitted *pro hac vice* to represent Defendant National Association for Stock Car Racing, Inc.

**SO ORDERED**.

Signed: February 9, 2017

David C. Keesler
United States Magistrate Judge